**Affirmed as Modified and Memorandum Opinion filed November 18, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00142-CR

---

## TRISTAN ANDRE WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 182nd District Court
### Harris County, Texas
### Trial Court Cause No. 1557222

---

### MEMORANDUM OPINION

Appellant was charged with continuous sexual abuse but pled guilty to the lesser-included offense of aggravated sexual assault of a child. The trial court assessed punishment at confinement for thirty-five years. Appellant timely filed a notice of appeal. In a single issue, counsel contends the judgment of conviction erroneously recites appellant was convicted of continuous sexual abuse of a child.

Appellant was indicted for the offense of continuous sexual abuse of a child. The record reflects the State reduced the charge to aggravated sexual assault of a

child and that is the offense to which appellant entered a plea of guilty. In its brief, the State agrees the judgment should be modified to accurately reflect the offense to which appellant pled guilty. Accordingly, we sustain appellant's sole issue and modify the judgment of the trial court to reflect appellant was convicted of aggravated sexual assault of a child. *See* Tex. R. App. P. 43.2(b).

Further, the judgment contains the following special finding, "APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED." The record does not demonstrate there was consideration for appellant's plea to the reduced charge. *See Jones v. State*, 488 S.W.3d 801, 807–08 (Tex. Crim. App. 2016); *Ex parte Broadway*, 301 S.W.3d 694, 699 (Tex. Crim. App. 2009). The record reflects when appellant entered his plea of guilty, the trial court informed appellant that he had the right of appeal. A corrected certification of the defendant's right of appeal reflects defendant had the right of appeal. We therefore modify the judgment to delete the special finding.

As modified, the judgment is affirmed.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Spain and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).